# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GERALDINE NICHOLAS, Individually and as Administratrix of the Estate of James Nicholas, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-07-0657 |
| M.W. KELLOGG COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING STAY PENDING INTERLOCUTORY APPEAL AND ADMINISTRATIVELY CLOSING CASE

The plaintiff, Geraldine Nicholas, has moved to stay this litigation pending her interlocutory appeal of this court's order denying her motion to compel arbitration. The defendants, M.W. Kellogg Company, Kellogg, Brown & Root, KBR, Inc., and Halliburton, have filed a response stating that they do not oppose the stay. Accordingly, this court grants the motion to stay.

This case is administratively closed pending the interlocutory appeal. The case may be reinstated to the active docket on motion filed within ten days after the interlocutory appeal is resolved.

SIGNED on March 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge