**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GERALDINE NICHOLAS, | § | |
| Individually and as Administratrix | § | |
| of the Estate of James Nicholas, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-0657 |
| | § | |
| M.W. KELLOGG COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This case was reinstated to the active docket on July 15, 2009. At that time, the defendants' motion for summary judgment, which was filed a few days before the plaintiff appealed, was still pending. The plaintiff had filed a response. The defendants have now filed a reply to the response. Given the passage of time, the plaintiff may file a surreply, but no later than August 28, 2009.

SIGNED on August 12, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge