# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GERALDINE NICHOLAS, Individually and as Administratrix of the Estate of James Nicholas, § § § § | |
| Plaintiff, § § | CIVIL ACTION NO. H-07-0657 |
| v. § § | |
| KBR, INC., *et al.*, § § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion granting the motion for summary judgment filed by the defendants on all claims asserted by the plaintiff, Geraldine Nicholas, judgment is entered that Geraldine Nicholas take nothing from the defendants and that this matter be dismissed with prejudice.

This is a final judgment.

SIGNED on August 24, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge